**Order filed September 25, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00655-CV

———————

### KEVIN MATTHEW HALL, Appellant

### V.

### REBECCA MACCORKLE HALL, Appellee

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2010-63670**

## O R D E R

Appellant's brief was originally due June 23, 2014. When no brief was filed, the court ordered appellant to file the brief by August 8, 2014. On August 7, 2014, appellant requested and was granted an extension of time to file the brief until September 8, 2014. No brief or further motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 13, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM